UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTINA CARDENAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS VEHICLE INSURANCE AGENCY, L.L.C,<br><br>Defendant. | Case No. 15-cv-11326<br><br>**Magistrate Judge Schenkier** |

## FINAL APPROVAL ORDER AND JUDGMENT

The Court having held a Final Approval Hearing on November 9, 2016, notice of the hearing having been duly given in accordance with this Court's Order (1) preliminarily approving class action settlement; (2) conditionally certifying a settlement class; (3) approving the notice plan; and (4) setting the final approval hearing (D.E. 52, the "Preliminary Approval Order"), and having considered all matters submitted to it at the Final Approval Hearing and otherwise, and finding no just reason for delay in entry of this Final Approval Order and good cause appearing therefore,

It is hereby ORDERED, ADJUGED, AND DECREED as follows:

1. The Settlement Agreement and Release ("Agreement," D.E. 45-1 at pp. 11-31), and the definition of words and terms contained therein, are incorporated by reference and are used hereafter. The terms and definitions of this Court's Preliminary Approval Order (D.E. 52) are also incorporated by reference in this Final Approval Order.

2. For the reasons detailed in Plaintiff's Motion for Final Approval, this Court hereby concludes and orders that the total Settlement Fund shall be increased from the amount

stated in the Agreement, from $510,000 to a total of $513,763.75.

3. This Court has jurisdiction over the subject matter of the Action and over the Parties, including all Settlement Class Members with respect to the Settlement Class certified as defined in Paragraph 5 of the Court's Preliminary Approval Order (D.E. 52, ¶ 5).

4. The Court hereby finds that the Agreement is the product of arm's length settlement negotiations between Plaintiff and Defendant.

5. The Court hereby finds and concludes that Class Notice was disseminated to persons in the Settlement Class in accordance with the terms of the Agreement and that the Class Notice and its dissemination were in compliance with this Court's Preliminary Approval Order.

6. The Court further finds and concludes that the Class Notice and claims submission procedures set forth in the Agreement fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process, were the best notice practicable under the circumstances, provided due and sufficient individual notice to all persons in the Settlement Class who could be identified through reasonable effort and support to the Courts exercise of jurisdiction over the Settlement Class as contemplated in the Agreement with this Final Approval Order.

7. The Court hereby finally approves the Agreement and finds that the terms constitute, in all respects, a fair, reasonable and adequate settlement as to all Settlement Class Members in accordance with Rule 23 of the Federal Rules of Civil Procedure.

8. The Court hereby finally certifies the Settlement Class for settlement purposes. The Court finds for settlement purposes that the Action satisfies all the requirements of Rule 23 of the Federal Rules of Civil Procedure.

9. The Court hereby approves the plan of distribution of the Settlement Fund as set

forth in the Agreement. The Claims Administrator and counsel for IVIA are hereby ordered to comply with the terms of the Agreement with respect to distribution of the Settlement Awards, the Second Distribution and disposition of any Remaining Funds thereafter.

10. This Court hereby dismisses this Action, with prejudice, without costs to any party, except as expressly provided for in the Agreement.

11. As of the Effective Date, the Plaintiff and each and every one of the Settlement Class Members unconditionally, fully, and finally releases and forever discharges the Released Parties from the Released Claims.

12. Plaintiff and each and every Settlement Class Member, and any person actually or purportedly acting on behalf of Plaintiff or any Settlement Class Member, is permanently barred and enjoined from commencing, instituting, continuing, pursuing, maintaining, prosecuting, or enforcing any Released Claims, directly or indirectly, in any forum, against the Released Parties. This permanent bar and injunction is necessary to protect and effectuate the Agreement, this Final Approval Order and this Court's authority to effectuate the Agreement, and is ordered in aid of this Court's jurisdiction and to protect its judgments.

13. By incorporating the Agreement and its terms herein, amending only the amount of the Settlement Fund as described above, the Court determines that this Final Approval Order complies in all respects with Fed. R. Civ. P. 65(d)(1).

14. The Court approves Class Counsel's application for $166,236.24, which is approximately 32.36% of the Settlement Amount, in attorneys' fees and costs, and a service award for Plaintiff in the amount of $10,000.00.

**IT IS SO ORDERED**

Dated: 11-09-16

_____
The Honorable Sidney Schenkier